1 | SEYFARTH SHAW LLP
  | Kristina M. Launey (SBN 221335)
2 | klauney@seyfarth.com
  | 400 Capitol Mall, Suite 2350
3 | Sacramento, California 95814
  | Telephone: (916) 448-0159
4 | Facsimile: (916) 558-4839

5 | Attorneys for Defendants
  | LUTTICKEN INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 4:17-cv-03534-HSG |
| Plaintiff, | **SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER** |
| v. | |
| LUTTICKEN INCORPORATED dba LUTTICKEN'S; ROBERT W. LUTTICKEN, Trustee of THE LUTTICKEN LIVING TRUST dated October 24, 1994; JEANNIE B. LUTTICKEN, Trustee of THE LUTTICKEN LIVING TRUST dated October 24, 1994; | *Complaint Filed:* June 20, 2017 |
| | *Complaint Served:* June 30, 2017 |
| | *Current Response Date:* September 29, 2017 |
| | *New Response Date:* October 13, 2017 |
| Defendants. | |

SECOND STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
41290873v.1

Plaintiff Francisca Moralez ("Plaintiff"), and Defendants Lutticken Incorporated, Robert W. Lutticken, and Jeannie B. Lutticken ("Defendants") jointly stipulate to extend the time for Defendants to respond to the initial complaint from September 29, 2017 to October 13, 2017.

Pursuant to Civil Local Rule 6-1(a), this extension will affect only the October 3 deadline under GO 56 for the parties to conduct a join inspection of the property at issue in the Complaint. The parties have agreed to conduct the joint inspection and required meet and confer on October 25. This extension will not alter the date of any other event or any deadline already fixed by Court order. This stipulation is made in good faith and not for the purpose of causing unwarranted delay, but to allow the parties time to further explore informal resolution. This is Defendants' second request for an extension.

IT IS SO STIPULATED.

DATED: September 29, 2017    SEYFARTH SHAW LLP


By */s/ Kristina M. Launey*
　　Kristina M. Launey

Attorneys for Defendants
LUTTICKEN INCORPORATED,
ROBERT W. LUTTICKEN, JEANNIE B.
LUTTICKEN

DATED: September 29, 2017    MISSION LAW FIRM, A.P.C.


By */s/ Zachary M. Best*
　　Zachary M. Best

Attorneys for Plaintiff
FRANCISCA MORALEZ

1
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
41290873v.1

I, Kristina M. Launey, attest that concurrence in the filing of this stipulation has been obtained from the signatory Zachary M. Best, counsel for Plaintiff.

DATED: September 29, 2017        SEYFARTH SHAW LLP

By /s/ Kristina M. Launey
Kristina M. Launey

Attorneys for Defendants
LUTTICKEN INCORPORATED,
ROBERT W. LUTTICKEN, JEANNIE B. LUTTICKEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 2, 2017

UNITED STATES DISTRICT COURT JUDGE